# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE BRATCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | Case No.: 1:11-at-00357<br><br>**ORDER FOR AMENDED APPLICATION**<br><br>(Doc. 4) |

      Plaintiff Yvonne Bratcher filed a complaint on June 13, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application is incomplete because it provides no information as to Plaintiff's previous employer and the amount of wages received from that employer as requested in section 2(b) of the form application.

      Plaintiff shall file an amended application curing this defect within ten (10) days from the date of this order.  If Plaintiff fails to file an amended application, the Court may deny Plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   June 22, 2011                              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE