IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YVONNE BRATCHER, | ) | 1:11at00357 |
| | ) | |
| | ) | SECOND ORDER TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Plaintiff, | ) | |
| vs. | ) | (Doc. 6) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Plaintiff Yvonne Bratcher filed a complaint on June 13, 2011, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application was incomplete. Therefore, the court ordered Plaintiff to file an amended application curing the defect.

Plaintiff filed an amended application on June 23, 2011. Plaintiff's amended application is incomplete because it does not include the date of her last employment and it is not signed or dated. Plaintiff shall file an amended application curing these defects within ten (10) days of the date of this order. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **June 24, 2011**           /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1