# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE BRATCHER, | Case No.: 1:10-at-00357 |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 4, 6, 8) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Yvonne Bratcher filed a complaint on June 13, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff filed an amended application on June 23, 2011, (Doc. 6) and another amended application on June 30, 2011 (Doc. 8).  Plaintiff's amended application filed on June 30, 2011, demonstrates entitlement to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:    June 30, 2011**          _/s/ Sheila K. Oberto_
                        UNITED STATES MAGISTRATE JUDGE