Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  YVONNE BRATCHER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| YVONNE BRATCHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  1:11-CV-01092-DLB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Yvonne Bratcher ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 4, 2012; and that Defendant shall have until May 4, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due May 18, 2012.

An extension of time for plaintiff is needed due to a serious illness in Counsel's family.  Counsel's Spouse suffers from Stage IV breast cancer which has metastasized to her liver with recent medical diagnosis that tumors now comprising 60% of that organ.  Counsel's spouse has begun her third round of chemotherapy due to progression of her cancer and a lack of positive response to the prior two chemotherapy treatments.  Counsel requires the additional time to file the Opening Brief to allow him to devote the appropriate time to assist his Spouse and his two pre-school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 8, 2012        Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                   /s/ *Steven G. Rosales*
                              BY: _____
                                   Steven G. Rosales
                                   Attorney for plaintiff YVONNE BRATCHER

DATE:  February 8, 2012       BENJAMIN WAGNER
                              United States Attorney


                              */S/- *Daniel P. Talbert*

                              _____
                              Daniel P. Talbert
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 4, 2012, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 4, 2012 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by plaintiff will be due May 18, 2012.

IT IS SO ORDERED.

Dated:     **February 14, 2012**             /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE