Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  YVONNE BRATCHER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| YVONNE BRATCHER, | ) Case No.:   1:11-CV-01092-DLB |
| Plaintiff, | ) STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Yvonne Bratcher ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 4, 2012; and that Defendant shall have until May 4, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due May 18, 2012.

1        An extension of time for plaintiff is needed due to a serious illness in

2  Counsel's family.  Counsel's Spouse suffers from Stage IV breast cancer which has

3  metastasized to her liver with recent medical diagnosis that tumors now comprising

4  60% of that organ.  Counsel's spouse has begun her third round of chemotherapy

5  due to progression of her cancer and a lack of positive response to the prior two

6  chemotherapy treatments.  Counsel requires the additional time to file the Opening

7  Brief to allow him to devote the appropriate time to assist his Spouse and his two

8  pre-school aged children through this obviously stressful experience.  Counsel

9  sincerely apologizes to the court for any inconvenience this may have had upon it

10  or its staff.

11

12  DATE: February 8, 2012        Respectfully submitted,

13                                           LAW OFFICES OF LAWRENCE D. ROHLFING

14                                   /s/ *Steven G. Rosales*

                        BY: _____

15                                  Steven G. Rosales

16                                  Attorney for plaintiff YVONNE BRATCHER

17  DATE:  February 8, 2012       BENJAMIN WAGNER

18                                  United States Attorney

19

20                                  */S/- Daniel P. Talbert*

21

22                                  _____

                                Daniel P. Talbert

23                                  Special Assistant United States Attorney

                                Attorney for Defendant

24                                  [*Via email authorization]

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2   and including April 4, 2012, in which to file Plaintiff's Opening Brief; Defendant

3   may have an extension of time to May 4, 2012 to consider the contentions raised in

4   Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by

5   plaintiff will be due May 18, 2012.

6

7   IT IS SO ORDERED.

8    Dated:   __February 14, 2012__          _____ /s/ Dennis L. Beck____
                                             UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-