1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9

YVONNE BRATCHER,                    )        1:11cv01092 DLB
10                                  )
                                    )
11                                  )
                                    )        ORDER GRANTING EXTENSION
12              Plaintiff,          )        OF TIME
                                    )
13        vs.                       )        (Document 20)
                                    )
14  COMMISSIONER OF SOCIAL          )
    SECURITY,                       )
15                                  )
                                    )
16              Defendant.          )
                                    )
17  _____ )

18
           On May 3, 2012, the parties filed a stipulation and proposed order to allow Defendant an
19
    extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED.
20
    Defendant's response SHALL be filed on or before June 3, 2012.
21

22
           IT IS SO ORDERED.
23
        Dated:    May 3, 2012           _____/s/ Dennis L. Beck_____
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                            1