IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE BRATCHER,        )<br>                                               )<br>                                               )<br>                                               )<br>              Plaintiff,         )<br>                                               )<br>     vs.                                  )<br>                                               )<br>COMMISSIONER OF SOCIAL )<br>SECURITY,                         )<br>                                               )<br>                                               )<br>              Defendant.      )<br>_____) | 1:11cv01092 DLB<br><br>ORDER GRANTING EXTENSION<br>OF TIME<br><br>(Document 20) |

On May 3, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response SHALL be filed on or before June 3, 2012.

IT IS SO ORDERED.

      Dated:  **May 3, 2012**                              **/s/ Dennis L. Beck**
                                                                                                UNITED STATES MAGISTRATE JUDGE